**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BOCANEGRA,<br><br>           Petitioner,<br><br>    vs.<br><br>FRANCISCO JACQUEZ, WARDEN,<br><br>           Respondent. | CASE NO. CV 09-06209 DSF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 7/26/10

*[signature: Dale S. Fischer]*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE