**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BOCANEGRA,<br><br>                Petitioner,<br><br>   vs.<br><br>FRANCISCO JACQUEZ, WARDEN,<br><br>                Respondent. | CASE NO. CV 09-06209 DSF (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Petition of JAVIER BOCANEGRA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 7/26/10

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE